```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 04248
  ANTHONY E LEVY
  YVONNE M LEVY                                CHAPTER 13

                                               JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-0381    SSN XXX-XX-4164

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/25/08 .

     2.  The case was dismissed without confirmation, 03/28/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00        .00         .00
PRINCIPAL PAID          .00         .00         .00        .00         .00
INTEREST PAID           .00         .00         .00        .00         .00
TOTAL PAID              .00         .00         .00        .00         .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $   .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




  Dated: 06/25/08              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 04248 ANTHONY E LEVY & YVONNE M LEVY
```